**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**June 6, 2003**

**Charles R. Fulbruge III**
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 02-21173
_____

S J BAYTOWN PROPERTIES LTD

                              Plaintiff - Appellant

        v.

LEHMAN BROTHERS HOLDINGS INC doing business as Lehman Capital, a
Division of Lehman Brothers Holdings Inc

                              Defendant - Appellee

-----------------------

S J BAYTOWN PROPERTIES LTD; MAYA PROPERTIES LTD

                              Plaintiffs - Appellants

        v.

LEHMAN BROTHERS HOLDINGS INC doing business as Lehman Capital, a
Division of Lehman Brothers Holdings Inc; BARNET B SKELTON, JR

                              Defendants - Appellees

-----------------------

S J BAYTOWN PROPERTIES LTD; PERSICO INC; MEMORIAL NW PAVILION LTD

                              Plaintiffs - Appellants

        v.

LEHMAN BROTHERS HOLDINGS INC doing business as Lehman Capital, a
Division of Lehman Brothers Holdings Inc; BARNET B SKELTON JR

                              Defendants - Appellees

_____

Appeal from the United States District Court
for the Southern District of Texas
No. H-99-CV-2861
_____

Before KING, Chief Judge, and HIGGINBOTHAM and STEWART, Circuit
Judges.

PER CURIAM:[*]

    AFFIRMED.  See 5TH CIR. R. 47.6.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.